## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jerome Brown

                        Plaintiff,

v.

                                           Case No.: 1:25−cv−05433
                                           Honorable John J. Tharp Jr.

EMCO Chemical Distributors, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 27, 2026:

       MINUTE entry before the Honorable John J. Tharp, Jr: The defendant's motion to dismiss for lack of prosecution [33] is granted. The Court has directed the plaintiff to file his pro se appearance since December 2025, and he has failed to do so after numerous promptings. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.