**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jerome Brown,               ) <br><br> Plaintiff,       ) <br>     ) <br> v.       ) <br>     ) <br> EMCO Chemical Distributors, Inc.,   ) <br>     ) <br> Defendant.     ) <br>     ) | No. 25 CV 5433 <br> Judge John J. Tharp, Jr. |

**JUDGMENT ORDER**

This action having been decided by Judge John J. Tharp, Jr., on a motion to dismiss for want of prosecution, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant EMCO Chemical Distributors, Inc. and against plaintiff Jerome Brown. Defendant shall not recover costs from plaintiff.

Dated: March 27, 2026

/s/ John  J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge